AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**
UNITED STATES DISTRICT COURT
ROSWELL, NEW MEXICO

MAY 28 2025

MITCHELL R. ELFERS
CLERK OF COURT

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America
v.

URIEL GARCIA-GONZALEZ
Alias(es): AKA Joaquin Nunez-Martinez

Defendant(s)

Case No. 25-MJ-1928

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **May 27, 2025** in the county of **Lea** in the **New Mexico** District of, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 8 USC § 1326 (a) | Illegal re-entry. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

**DENIS RAMIRETH**
Digitally signed by DENIS RAMIRETH
Date: 2025.05.28 12:36:08 -06'00'

Complainant's signature

Denis Ramireth, Deportation Officer
Printed name and title

Sworn to before me and signed in my presence.

Date: May 28, 2025

Judge's signature

City and state: Roswell, New Mexico

Barbara S. Evans, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

### United States of America

### v.

### URIEL GARCIA-GONZALEZ
Alias(es): AKA Joaquin Nunez-Martinez

I, Denis Ramireth., being duly sworn, depose and state that:

1. I am a Deportation Officer (DO) with Immigration and Customs Enforcement (ICE). I have been employed with ICE since May 05, 2024. I am a graduate of the Federal Law Enforcement Training Center, Deportation Officer Training Program BIETP (2407). Prior to that I was employed by United States Border Patrol (USBP) from July 20, 2022, to February 22, 2024. I am currently assigned to the Enforcement and Removal Operations (ERO) Office in Roswell, NM. I have a total of three years training and experience in the enforcement of the immigration and naturalization laws of the United States. My duties as a Deportation officer include, but are not limited to, identifying, locating, apprehending, and removing aliens who are in violation of the Immigration and Nationality Act ("INA"). I investigate criminal immigration violations of Title 8 of the United States Code, including illegal re-entry into the United States. As a result of my training and experience as a Deportation Officer and former U.S. Border Patrol Processing Coordinator, I am familiar with federal criminal laws and know that it is a violation of:

    8 USC § 1326 (a) and (b), for an alien, who had been previously arrested and deported from the United States, subsequent to a conviction for a felony, and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, to be found in the United States

2. On April 16, 2025, ICE ERO, Roswell, NM, received information from Lea County Detention Center (LCDC) regarding a suspected undocumented alien who was arrested by Lea County Sheriff's Office and charged with Kidnapping in violation of New Mexico statue 30-4-1 in Lovington, NM. The said undocumented alien was identified as Uriel Garcia-Gonzalez, a citizen and national of Mexico.

3. On May 27, 2025, Garcia-Gonzalez was arrested by DO Ramireth at LCDC. DO Ramireth determined that Garcia-Gonzalez was not in possession of any immigration documents allowing him to enter or remain legally in the United States.

4. I conducted additional immigration/criminal database record checks using Uriel Garcia-Gonzalez full name and date of birth and discovered the following record. On

January 3, 2010, Garcia-Gonzalez was arrested by USBP in Douglas, Arizona. He was charged for violation of 8 U.S.C. 1182 Alien Inadmissibility Under Section 212.

5. On January 04, 2010, Garcia-Gonzalez was removed to Mexico via the Nogales, Arizona Port of Entry.

6. On March 6, 2014, Garcia-Gonzalez was arrested by ICE_ERO in Hobbs, New Mexico. On March 8, 2014, he was removed to Mexico via Eagle Pass, Texas Port of Entry.

7. Garcia-Gonzalez has not applied to the appropriate authority of the United States for permission to re-enter the United States after he was deported, excluded, or removed from the United States. Garcia-Gonzalez does not have any immigration petitions pending on his behalf.

8. There is no evidence in the Central Index System (CIS), Computer Linked Application Information Management System (CLAIMS), and the Enforcement Alien Removal Module (EARM) of Uriel Garcia-Gonzalez either applying for or receiving permission to enter, reside, and/or work in the United States.

9. Based upon the above information, I believe probable cause exists that Uriel Garcia-Gonzalez has been previously removed from the United States and thereafter was found in the United States without having received permission to return in violation of 8 U.S.C. § 1326 (a) and (b).

10. This complaint was approved by AUSA Stahl Joni

DENIS RAMIRETH  Digitally signed by DENIS RAMIRETH
Date: 2025.05.28 12:16:50 -06'00'

Deportation Officer Denis Ramireth

Sworn to and signed before me by telephonic or other reliable electronic means before me this 28 day of May, 2025.

Barbara S. Evans
US Magistrate Judge